IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                   Case No. 6:06-cr-10061-JTM-1

DEION J. TOWNES,

        Defendant.

**MEMORANDUM AND ORDER**

This matter is before the court on defendant Deion Townes' Motion for Early Termination of Supervised Release (Dkt. 26). The motion argues that defendant has had a highly successful transition to society and that his term of supervision should be ended. The court finds that the motion should be granted.

After a defendant has been on supervised release for at least one year, the court may, after considering the factors in § 3553(a), terminate the term of supervision and discharge the defendant, if it is satisfied that such action is warranted by the conduct of the defendant and the interests of justice. 18 U.S.C. § 3553(e)(1).

After completing his sentence of imprisonment in this case, defendant began supervision on August 21, 2015. Since that time, defendant has maintained stable employment and residence, has complied with all conditions of supervision, has successfully passed all random drug and alcohol tests, has timely reported to the Probation Office, and has actively and successfully completed programs at the residential re-entry center. The Probation Office has concluded that defendant is an

2

appropriate candidate for early termination of supervised release, and the United States has no objection to the motion.

**IT IS THEREFORE ORDERED** this 25th day of August, 2016, that defendant's Motion for Early Termination of Supervised Release (Dkt. 26) is GRANTED.

                                              ___s/ J. Thomas Marten_____
                                              J. THOMAS MARTEN, JUDGE